# Law Office of Wanda Y. Negron, P.C. 

August 2, 2005

**Via facsimile: (914) 390-4073**
United States Bankruptcy Court
300 Quarropas Street
White Plains, NY 12601

Re:  Chapter 7 Bankruptcy
     Sayegh, Charles

Dear Lisa:

Please be advised that my office represents **Charles Sayegh** in the above mentioned matter.

At this time, I am requesting that case number **05-23650** be deleted from your courts system due to this case being entered a second time in error.

I would like to thank you and apologize for any inconvenience that I may have caused the court.

If you should have any questions, please feel free to contact me at this office.

Very truly yours,

*Wanda Y. Negron /lb*
WANDA Y. NEGRON, ESQ.

WYN/lb

---

281 South Broadway, Yonkers, NY 10705
Tel: (914) 378-0963
Fax: (914) 378-1188
wanda@wilsonsoto.com

46 Cannon Street, 1st Fl., Poughkeepsie, NY 12601
Tel: (845) 486-7503
Fax: (845) 486-7507
law2000tax@aol.com